## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: April 23, 2024
Index #   1:24-cv-03041

*J. Richard Marino*                                                     Plaintiff

against

*Siegel & Reiner, LLP, et al.*                                         Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____Scott Schuster_____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____April 25, 2024_____ , at __11:00 AM__ , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint and Demand for Jury Trial

on

_____Siegel & Reiner LLP_____ , the

Defendant in this action, by delivering to and leaving with _____Sue Zouky_____ , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee _40_ dollars; That said service was made pursuant to Section _121-1505 Limited Liability Partnership Law_ . Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:   Approx. Age: __Over 65__   Approx. Wt: __125lbs__   Approx. Ht: __5'1__

Color of skin: __White__   Hair color: __Red/Blonde__   Sex: __Female__   Other: _____

Sworn to before me on this

__25th__ day of April 2024

*HMg (signature)*

HEATHER MORIGERATO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MO6261464
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES MAY 14, 2028

Scott Schuster
Attny's File No. 2336.01
Invoice•Work Order # S1908000

MFS 2024-00018

SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201